UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WALTER MICHAEL SNOW,

    Plaintiff,

v.                                                                          Case No. 3:22cv16969-MCR-HTC

ESCAMBIA COUNTY,

    Defendant.

_____/

## REPORT AND RECOMMENDATION

On February 1, 2023, Defendant Escambia County moved to dismiss Plaintiff's amended complaint. ECF Doc. 18. On February 3, the Court ordered Plaintiff to file a response within 30 days. ECF Doc. 19. After Plaintiff failed to do so, the Court entered an Order on March 14 which noted the Escambia County Jail's website indicated Plaintiff had been released from custody, but no last known address was provided and Plaintiff was identified as homeless. ECF Doc. 20. The Court also noted Plaintiff's failure to prosecute and failure to inform the Court of his current address warranted the dismissal of this case without prejudice. *Id.* Nevertheless, in an abundance of caution, the Court gave Plaintiff 14 more days to advise the Court whether he intended to prosecute this action, to show cause why the County's motion should not be granted, and to provide his current address. *Id.* However, the Court warned Plaintiff that failing to respond would be construed as

an abandonment of this action, resulting in a recommendation of dismissal for failure to prosecute and failure to follow Court orders.  *Id.*

To date, Plaintiff has not responded to the March 14 Order or otherwise communicated with the Court.  Based on the foregoing, dismissal of this case is appropriate.  *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989) ("[D]ismissal upon disregard of an order, especially where the litigant has been forewarned, generally is not an abuse of discretion.") (citations omitted); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under [Federal Rule of Civil Procedure 41(b)] for failure to prosecute or failure to obey a court order.") (citations omitted).

Accordingly, it is RECOMMENDED:

1.    That this case be DISMISSED WITHOUT PREJUDICE due to Plaintiff's failure to prosecute and failure to comply with Court orders.

2.    That the clerk terminate all pending motions and close the file.

At Pensacola, Florida, this 4th day of April, 2023.

/s/ Hope Thai Cannon
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

<u>NOTICE TO THE PARTIES</u>

Objections to these proposed findings and recommendations must be filed within **fourteen (14) days** of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u> An objecting party must serve a copy of its objections upon all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1.

Case No. 3:22cv16969-MCR-HTC