UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WALTER MICHAEL SNOW,

     Plaintiff,

v.                                     Case No. 3:22cv16969-MCR-HTC

ESCAMBIA COUNTY,

     Defendant.
_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated April 4, 2023 (ECF No. 21).  The Court attempted to furnish the Plaintiff a copy of the Report and Recommendation and afford him an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  Plaintiff's mailed copy has been returned as undeliverable and Plaintiff has not filed a notice of address change with the Court. No objections have been filed.

Having considered the Report and Recommendation, and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The Magistrate Judge's Report and Recommendation (ECF No. 21) is adopted and incorporated by reference in this Order.

2.      This case is DISMISSED WITHOUT PREJUDICE due to Plaintiff's failure to prosecute and failure to comply with Court orders.

3.      The clerk shall terminate all pending motions and close the file.

**DONE AND ORDERED** this 8th day of June 2023.


*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**